### *In re* BERRIEN'S WILL.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion denied. See 5 N. Y. Supp. 37.

### *In re* DALZELL.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. We think motion should be made in department in which attorney has his office and residence.

### *In re* GRAY.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion denied, on appellants stipulating to argue in October, and paying $10 costs of motion.

### KELL, Appellant, *v.* ISAACS *et al.*, Respondents.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Blumenstiel & Hirsch,* for appellants. *Benno Loewy,* for respondents.

No opinion. Motion denied.

### KOHLER *et al. v.* LINDENMEYER.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion denied, with $10 costs to abide event of appeal.

### MACDONALD *et al.*, Appellants, *v.* WALLSTEIN *et al.*, Respondents.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Blumenstiel & Hirsch,* for appellants. *Benno Loewy,* for respondents.

No opinion. Motion denied, without costs.

### MUNRO, Respondent, *v.* TOUSEY, Appellant.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Wm. H. Townley,* for appellant. *Roger Foster,* for respondent.

No opinion. Motion denied, with $10 costs.

### PEOPLE *v.* AMERICAN BELL TEL. CO.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion for allowance granted; $1,000 allowed. See 3 N. Y. Supp. 733; 7 N. Y. Supp. 948; 8 N. Y. Supp. 933.